UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER      21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
ANTONI MAZUR AND EKLA MAZUR,

                               Plaintiffs,       Index No.: 07 CV 01659

        -against-

                                                    **NOTICE OF**
RELATED BPC ASSOCIATES, INC., RELATED      **APPEARANCE**
MANAGEMENT CO., L.P., THE RELATED
COMPANIES, L.P., THE RELATED REALTY GROUP,    **ELECTRONICALLY**
INC., and LIBERTY VIEW ASSOCIATES, L.P.             **FILED**

                               Defendants.
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.


Dated:       New York, New York
                December 10, 2007



                                         LONDON FISCHER LLP
                           By:    _____
                                         Gillian Hines Kost (GK-2880)
                                         59 Maiden Lane
                                         New York, New York 10038
                                         Phone: (212) 972-1000
                                         Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC., and
LIBERTY VIEW ASSOCIATES, L.P.**

K: VGFutterman\WTC-Related\ Plaintiff\ Pleadings\Mazur\Notice of Appearance.