Thomas A. Egan, Esq. (TE-0141)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: WORLD TRADE CENTER DISASTER SITE LITIGATION | : 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| ANTONI MAZUR (AND WIFE, EWA MAZUR), | : 07-CV-01659 (AKH) |
| Plaintiffs, | : **NOTICE OF THE 120 BROADWAY PARTIES' ADOPTION OF ANSWER TO MASTER COMPLAINT** |
| - against - | |
| 120 BROADWAY CONDOMINIUM (CONDO #871), *et al.*, | |
| Defendants. | |

-----------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo #871), 120 Broadway Holdings, LLC, 120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway Condominium (Condo #871) (sued incorrectly herein as Boardof Managers of The 120 Broadway Condominium (Condo #871)), and Silverstein Properties, Inc. (collectively, "The 120 Broadway Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the 120 Broadway Parties' Answer

to Master Complaint, dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:  New York, New York
August 28, 2008

                      FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
                      Attorneys for Defendants The 120 Broadway Parties

By: _/s/ Thomas A. Egan_
     Thomas A. Egan (TE-0141)
One Liberty Plaza
New York, New York  10006-1404
(212) 412-9500